IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT INDEPENDENCE

| | | |
|---|---|---|
| **VERONICA RAMIREZ** ]<br>**611 N.E. NEWPORT DRIVE** ]<br>**LEE'S SUMMIT, MISSOURI 64064** ]<br> ]<br> **Plaintiff,** ]<br> ]<br> -vs- ]<br> ]<br>**COSTCO WHOLESALE CORPORATION** ]<br>**D/B/A COSTCO WHOLESALE #373** ]<br>**19040 E. Valley View Parkway** ]<br>**Independence, MO 64055-7004** ]<br> ]<br> ]<br>**Serve Registered Agent at:** ]<br>**C T CORPORATION SYSTEM** ]<br>**120 SOUTH CENTRAL AVENUE** ]<br>**CLAYTON, MO 63105** ]<br> ]<br> **Defendant.** ] | Case No.<br>Division: | |

## PLAINTIFF'S PETITION FOR PERSONAL INJURIES

**COMES NOW** Plaintiff Veronica Ramirez, by and through her counsel Kirby L. Minor, and for her cause of action against Defendant Costco Wholesale Corporation DBA Costco Wholesale #373, states and alleges as follows:

1. That Plaintiff, Veronica Ramirez, is at all times mentioned herein a resident of Lee's Summit, Jackson County, Missouri, with her residence at 611 N.E. Newport Drive, Lee's Summit, Missouri, 64064.

2. That Defendant Costco Wholesale Corporation (hereinafter referred to as ("Costco") at all times mentioned herein, is a Washington corporation in good standing, registered as a foreign corporation in Missouri, with a principal place of business at 19040 E. Valley View Parkway, Independence, MO 64055-7004, and is engaged in the business of selling

goods in its membership-only warehouse clubs.

3. That the Defendant Costco is a company whose primary place of business is in Jackson County, Missouri, and thereby venue and jurisdiction is proper in said county and state.

4. That Plaintiff, on or about June 14, 2015, entered the Costco at 19040 E. Valley View Parkway, Independence, MO.

5. That at the aforesaid place, the Plaintiff, upon exiting the Defendant's restroom, slipped and fell on a pool of liquid outside of the Defendant's restroom and as a result the floor was not reasonably safe.

6. That Defendant Costco carelessly and negligently as hereinafter more specifically alleged failed to ensure the pathway in and out of the restroom was free of any hazardous substances which would cause the Plaintiff to slip and fall.

7. That Defendant Costco knew or by using ordinary care could have known of this condition.

8. That the Defendant Costco owed a duty to the Plaintiff to exercise a reasonable and ordinary degree of care in the making the premises safe in the operation of the warehouse club.

9. The Defendant Costco breached this duty of care owed to the Plaintiff and was thereby negligent in the maintenance of its warehouse club in one or more of the following manners and respects:

a. Defendant Costco failed to keep a safe and properly maintained floor;

b. Defendant Costco failed to ensure the floor was free of any hazardous substances which would cause the Plaintiff to slip and fall;

c. Defendant Costco failed to use ordinary care to warn of the hazardous substance;

    d.    Defendant Costco failed to use ordinary care by removing the liquid from the normal walkway to and from the restrooms.

    e.    Defendant Costco knew or by the use of a reasonable degree of care could have known that there was a reasonable likelihood an injury would occur if the floor was not properly maintained, but Defendant failed to do so;

    f.    Conduct of the Defendant Costco is of the type and nature that does not ordinarily happen when the person in control, the Defendant herein, uses and exercises a reasonable degree of care, and from the facts of such occurrence and the reasonable inferences therefrom, such occurrence was directly caused by the Defendant's negligence.

10.    That the breach of duty of care by Defendant Costco was the actual and proximate cause of the Plaintiff's injuries.

11.    That as a direct and proximate result of the negligence of the Defendant Costco as described aforesaid, the Plaintiff sustained the following injuries, to wit: left knee trauma whereby ligaments therein were bruised, jerked, contused, twisted, injured and damaged, and of which all of the foregoing injuries are permanent, chronic, painful, and progressive in nature.

12.    That as a direct result of such negligence of Defendant Costco, Plaintiff sustained damages.

13.    That as a direct and proximate result of the negligence of the Defendant Costco as described aforesaid, the Plaintiff was required to seek medical care at cost of Twenty-One Thousand, Four Hundred, Two and Forty-Six One Hundredths Dollars ($21,402.46) for the same.

14.    That as a direct and proximate result of the negligence of the Defendant Costco as described aforesaid, the Plaintiff will be reasonably likely to incur additional medical expenses

and sums for hospital and medical care and treatment in the future in an amount that is unknown at this time.

15. That as a direct and proximate result of the negligence of the Defendant Costco as described aforesaid, the Plaintiff has suffered injuries, which injuries are permanent and progressive in nature and extent.

**WHEREFORE**, Plaintiff prays for judgment against the Defendant Costco in an amount that is fair and reasonable for the injuries that she sustained; for an amount that is fair and reasonable for the permanent injuries that the Plaintiff suffered which injuries are permanent and progressive as a result thereof; for her attorneys fees and other costs herein incurred and expended; and for such other relief as the Court deems just under the circumstances.

Respectfully submitted,

**LAW OFFICE OF KIRBY L. MINOR, LLC**

/s/Kirby L. Minor_____
By: Kirby L. Minor, MO Bar #58838
282 NE Tudor Rd.
Lee's Summit, MO 64086
(816) 888-0632
(816) 524-8149 fax
attorney@kirbyminor.com
**ATTORNEY FOR PLAINTIFF**

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT INDEPENDENCE

**VERONICA RAMIREZ,**

          **PLAINTIFF(S),**            **CASE NO. 2016-CV11952**

**VS.**            **DIVISION 17**

**COSTCO WHOLESALE CORPORATION,**

          **DEFENDANT(S).**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE AND ORDER FOR MEDIATION

___

     NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **CORY LEE ATKINS** on **01-SEP-2020** in **DIVISION 17** at **08:30 AM**. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

     A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

     At the Case Management Conference, counsel should be prepared to address at least the following:

    a.    A trial setting;

    b.    Expert Witness Disclosure Cutoff Date;

    c.    A schedule for the orderly preparation of the case for trial;

    d.    Any issues which require input or action by the Court;

    e.    The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ **CORY LEE ATKINS**
CORY LEE ATKINS**, Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was electronic noticed, faxed, emailed and/or mailed or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
KIRBY L MINOR, 221 W LEXINGTON AVE, STE 103, INDEPENDENCE, MO 64050

Defendant(s):
 COSTCO WHOLESALE CORPORATION

 Dated:  15-MAY-2020                                           MARY A. MARQUEZ
                                                               Court Administrator



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CORY LEE ATKINS | Case Number: 2016-CV11952 |
| Plaintiff/Petitioner:<br>VERONICA RAMIREZ<br>                                    vs. | Plaintiff's/Petitioner's Attorney/Address<br>KIRBY L MINOR<br>221 W LEXINGTON AVE, STE 103<br>INDEPENDENCE, MO  64050 |
| Defendant/Respondent:<br>COSTCO WHOLESALE CORPORATION<br>DBA:  COSTCO WHOLESALE #373 | Court Address:<br>308 W Kansas<br>INDEPENDENCE, MO  64050 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** COSTCO WHOLESALE CORPORATION
                                          Alias:
                                          DBA:  COSTCO WHOLESALE #373

RA: CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO  63105



*COURT SEAL OF JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

15-MAY-2020
Date                                                                        _____
                                                                                        Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).
_____              _____
Printed Name of Sheriff or Server                          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)     Subscribed and sworn to before me on _____ (date).
            My commission expires: _____    _____
                                                       Date                                      Notary Public

**Sheriff's Fees**
Summons                             $_____
Non Est                               $_____
Sheriff's Deputy Salary
Supplemental Surcharge    $     10.00
Mileage                              $_____ (_____ miles @ $._____ per mile)
**Total**                              $_____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7/2018) SM30 (JAKSMCC) *For Court Use Only:* **Document Id #  20-SMCC-4003**  1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:20-cv-00513-HFS   Document 1-1   Filed 06/24/20   Page 7 of 12   **EXHIBIT 1**

# SUMMONS/GARNISHMENT SERVICE PACKETS
# ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

Revised 7/3/13          Service Information - Attorney

Case 4:20-cv-00513-HFS   Document 1-1   Filed 06/24/20   Page 8 of 12   EXHIBIT 1

Return s/b 6/14

# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division: | Case Number: 2016-CV11952 |
|---|---|
| CORY LEE ATKINS | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| VERONICA RAMIREZ | KIRBY L MINOR |
| | 221 W LEXINGTON AVE, STE 103 |
| vs. | INDEPENDENCE, MO 64050 |
| Defendant/Respondent: | Court Address: |
| COSTCO WHOLESALE CORPORATION | 308 W Kansas |
| DBA: COSTCO WHOLESALE #373 | INDEPENDENCE, MO 64050 |
| Nature of Suit: | |
| CC Pers Injury-Other | (Date File Stamp) |

58838

## Summons in Civil Case

The State of Missouri to: COSTCO WHOLESALE CORPORATION
Alias:
DBA: COSTCO WHOLESALE #373
RA: CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

30
CT COR ln

**COURT SEAL OF JACKSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

15-MAY-2020
Date _____ Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

LCW – A. BRANDON _____ (name) INTAKE SPECIALIST _____ (title).

☐ other _____ CT CORPORATION

Served at St. Louis County _____ (address)
in _____ (County/City of St. Louis), MO, on JUN 0 4 2020 (date) at 9 AM (time).

LENSING
Printed Name of Sheriff or Server _____ Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
Date _____ Notary Public

**Sheriff's Fees**
Summons $ _____
Non Est $ _____
Sheriff's Deputy Salary
Supplemental Surcharge $ 10.00
Mileage $ _____ ( _____ miles @ $ _____ per mile)
Total $ _____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

20-SMCC-5095

OSCA (7/2016) SM30 (JAKSMCC) *For Court Use Only:* Document Id # 20-SMCC-4003  1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**EXHIBIT 1**

Electronically Filed - Jackson - Independence - June 05, 2020 - 02:06 PM



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

Return s/b 6/14

| | |
|---|---|
| Judge or Division: CORY LEE ATKINS | Case Number: 2016-CV11952 |
| Plaintiff/Petitioner: VERONICA RAMIREZ vs. | Plaintiff's/Petitioner's Attorney/Address KIRBY L MINOR 221 W LEXINGTON AVE, STE 103 INDEPENDENCE, MO 64050  58838 |
| Defendant/Respondent: COSTCO WHOLESALE CORPORATION DBA: COSTCO WHOLESALE #373 | Court Address: 308 W Kansas INDEPENDENCE, MO 64050 |
| Nature of Suit: CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: COSTCO WHOLESALE CORPORATION
Alias:
DBA: COSTCO WHOLESALE #373

RA: CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

30 CTCOR /s

**COURT SEAL OF JACKSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

15-MAY-2020
Date _____ Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
**LCW – A. BRANDON** (name) **INTAKE SPECIALIST** (title).
☐ other _____

Served at CT CORPORATION
St. Louis County (County/City of St. Louis), MO, on JUN 0 4 2020 (date) at 9 AM (time).

LENSING
Printed Name of Sheriff or Server     Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                         Date                      Notary Public

### Sheriff's Fees
Summons           $_____
Non Est           $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $ 10.00
Mileage           $_____ (_____ miles @ $_____ per mile)
Total             $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

20-SMCC-5095

OSCA (7/20)  SM30 (JAKSMCC) For Court Use Only: Document Id # 20-SMCC-4003  1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - Jackson - Independence - June 05, 2020 - 02:06 PM

**EXHIBIT 1**